# EXHIBIT "B-1"

Morgan & Morgan, P.A.

Case Expense Report

01/11/2013             (1565323) Domineck, Deanthony vs. One Stop Auto

3:00:25 am             Page 1 of 1

| Date | Description | Amount |
|---|---|---|
| **FIL_01** | | |
| 11/13/2012 | Check # 492957 Clerk of Court [Filing Fees]<br>1565323/Domineck, Deanthony/RafaelM | 350.00 |
| 11/13/2012 | American Express Clerk of Court [Pro Hac Vice Fees]<br>1565323/Domineck, Deanthony/RafaelM | 150.00 |
| | SubTotal $500.00 | FIL_01 |
| **PSVC_01** | | |
| 12/03/2012 | Check # 495911 Attorneys Legal Service, Inc. [Process Service]<br>1565323/Domineck, Deanthony/RafaelM | 115.00 |
| | SubTotal $115.00 | PSVC_01 |

Total: $615.00

ATTORNEYS LEGAL SERVICES, INC.
112 East Concord Street
Orlando, FL 32801
Phone: (800) 275-8908
Fax: (407) 839-3639
Tax Id#: 59-3464830

# INVOICE

Invoice #ALS-2012010973
11/26/2012

Carlos V. Leach
Morgan & Morgan, P.A.
P.O. Box 4979
Orlando, FL 32802-4979

Reference Number: 1565323
Your Contact: Rafael Martinez
**Case Number: Northern 1:12-CV-3673**

Plaintiff:
**Deanthony Domineck,**

Defendant:
**One Stop Auto Shop, Inc.,**

Received: 10/26/2012   Served: 11/12/2012 9:40 am  .CORPORATE
To be served on: ONE STOP AUTO SHOP, INC. C/O KIMBERLY D. DAVIS, REGISTERED AGENT

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Out of State) | 1.00 | 115.00 | 115.00 |
| TOTAL CHARGED: | | | $115.00 |
| BALANCE DUE: | | | $115.00 |

Please let ALS handle your investigative needs.  License #A9300074
Thank you for your business.

| MORGAN & MORGAN, P. A. - COST ACCOUNT ORLANDO, FL | | | | | | **495911** |
| --- | --- | --- | --- | --- | --- | --- |
| 12/03/2012 | | | | | | |

| **Payee:** | Attorneys Legal Services, Inc. | | | | **Check No:** 495911 |
| --- | --- | --- | --- | --- | --- |
| **Amount:** | $115.00 | **For:** | Domineck/1565323/11.26.12/2012010973/LorissaT | | **Requested By:** LTHOMPSON |

| Inv No. | In. Date | Due Date | G/L No | Amount | Description |
| --- | --- | --- | --- | --- | --- |
| ALS-20120109 | 12/03/2012 | 12/03/2012 | PSVC/1565323 Domineck, Deanthony vs One Stop Auto | 115.00 | |



REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, CALL 407-877-2299

9/11 W10SF000112M